CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
APR 29 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RASAAN LEE KING,<br>　　Petitioner, | Civil Action No. 7:14-cv-00109 |
| v. | MEMORANDUM OPINION |
| DIRECTOR DEPARTMENT OF<br>CORRECTIONS,<br>　　Respondent. | By:　Hon. Jackson L. Kiser<br>　　　Senior United States District Judge |

Rasaan Lee King, a Virginia inmate proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By an Order entered March 21, 2014, the court both informed Petitioner that he is required to pay the $5.00 filing fee or apply to proceed in forma pauperis and granted him ten days to resolve the outstanding fee. The Order advised Petitioner that his failure to respond would result in dismissal of the petition.

Petitioner has not communicated with the court since the Order was entered on March 21, 2014. As the time allotted for compliance has expired, this action is dismissed without prejudice for failing to comply with the court's order. Based upon my finding that Petitioner has not made the requisite substantial showing of a denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is denied.

ENTER: This 29th day of April, 2014.

　　　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　　Senior United States District Judge