CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
APR 29 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RASAAN LEE KING,<br>　　Petitioner, | Civil Action No. 7:14-cv-00109 |
| v. | ORDER |
| DIRECTOR DEPARTMENT OF<br>CORRECTIONS,<br>　　Respondent. | By:　Hon. Jackson L. Kiser<br>　　　Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice** for Petitioner's failure to comply with the conditional filing order; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 29th day of April, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge